AO 106A (08/18) Application for a Warrant by Telephone or Other Reliable Electronic Means

**FILED**
DISTRICT COURT OF GUAM
JUL 14 2020
JEANNE G. QUINATA
CLERK OF COURT

# UNITED STATES DISTRICT COURT
for the
District of Guam

In the Matter of the Search of
*(Briefly describe the property to be searched or identify the person by name and address)*

2006 Red BMW GLP #SJ2924; 2013 Gray Kia Forte GLP #CP2823; 2006 White Infiniti M35, GLP#AT861; 2013 black Infiniti G37, GLP# SJ5502

Case No. MJ-20-00071

## APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

2006 Red BMW GLP #SJ2924; 2013 Gray Kia Forte GLP #CP2823; 2006 White Infiniti M35, GLP#AT861; 2013 black Infiniti G37, GLP# SJ5502 . Property further described in Attachment A.

located in the _____ District of ___Guam___ , there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment B which is incorporated herein.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
- ☑ evidence of a crime;
- ☑ contraband, fruits of crime, or other items illegally possessed;
- ☑ property designed for use, intended for use, or used in committing a crime;
- ☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 21 USC 841(a)(1) & 846 | Distribution of Methamphetamine |

The application is based on these facts:

- ☑ Continued on the attached sheet.
- ☐ Delayed notice of ____ days *(give exact ending date if more than 30 days: _____ )* is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*
SHAWN AYUYU, TFO, DEA
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by __telephone__ *(specify reliable electronic means)*.

Date: 7/14/20

City and state: Hagatna, Guam

*Judge's signature*
MICHAEL J. BORDALLO, U.S. Magistrate Judge
*Printed name and title*

# AFFIDAVIT

I, Shawn Ayuyu, being duly sworn, hereby depose and state as follows:

## A. Background of Affiant

1. I make this affidavit in support of an application for a search warrant for the following vehicles a 2006 Red BMW GLP #SJ2924; a 2013 Gray Kia Forte GLP #CP2823; a 2006 White Infiniti M35, GLP#AT861; and, a 2013 black Infiniti G37, GLP# SJ5502.

2. I am a Police Officer III with the Guam Police Department (GPD) and have been so employed since October 2007. I have been assigned to the Neighborhood Patrol Division, Property Crimes Unit, Special Operations Division (SOD), Special Weapons and Tactics SOI (SWAT), Marine Patrol Division, Special Investigations Section (SIS) and the Mandana Drug Task Force (MDTF). I completed the Secret Service's National Computer Forensic SOI Institute (NCFI) training in July, 2018, which certified me to perform digital forensic analysis on a variety of media devices such as computer hard drives, mobile devices such as androids and cell phones using a Forensic Evidence Recovery Device (FRED).

3. I am also a Task Force Officer (TRO) with the Drug Enforcement Administration (DEA) and have been so since August of 2018. As a TFO, my job and assignment includes, but is not limited to, the investigation of violations of Title 21, United States Code, Sections 841(a)(1), 846, 843(b) and 856, which includes the detection, identification, and apprehension of those individuals involved in narcotics trafficking offenses as well as Title 18, United States Code Section 1957.

4. As a TFO, I have participated in investigations of criminal violations of the Federal Controlled Substances Act. I have also participated in undercover investigations involving the purchase of controlled substances, assisted in the execution of state, local and federal search

warrants relating to controlled substances and have conducted numerous surveillance and controlled deliveries in connection with narcotic investigations.

**B.    Probable Cause**

5. On Monday, October 07, 2019, your affiant and DEA Special Agent (SA) Jason Correra conducted an in-person interview with a Source of Information (SOI). The SOI provided information on the drug trafficking activities of the SOI and Martha Leticia BURGOS (BURGOS). The SOI stated that BURGOS resides in Victorville, California and is a main source of crystal methamphetamine for Guam. The SOI also stated that Jacob "Kadi" Manibusan (Manibusan) and Darrell Guerrero (Guerrero), who both reside on Guam, assist BURGOS in facilitating drug transactions and receiving drug proceeds for BURGOS. BURGOS has provided the SOI with methamphetamine via mail through the U.S. Postal Service (USPS) and the SOI received the packages at a post office box known to the SOI. The SOI provided information that Manibusan and Guerrero are the two individuals the SOI knows who were instructed by BURGOS to retrieve the profits from the recent sale of methamphetamine shipped from BURGOS to Guam.

6. According to the SOI, he/she received packages from BURGOS on three different occasions. The first package was shipped by BURGOS to the SOI and arrived on Guam via USPS sometime in late August 2019. The package contained about three (3) to four (4) ounces of crystal methamphetamine. The package was sent as a "trial run" or test to see if the package containing the drug would be detected by law enforcement. The SOI stated that BURGOS wanted $1,500.00 for the contents of the first package and the SOI would keep any profit over this amount.

2

7. The SOI stated that BURGOS sent a second package to him/her sometime on or about September 18-19, 2019. The second package contained approximately 10 ounces of methamphetamine. The SOI stated that BURGOS wanted $1,000.00 per ounce of methamphetamine. The SOI stated that Guerrero purchased approximately 9 ounces from the 10 ounces supplied by BURGOS for $250.00 a gram, and gave the SOI approximately $10,000. After the completed sale of the methamphetamine, the SOI received in September 18-19, 2019, BURGOS instructed the SOI to contact Manibusan to retrieve the $10,000.00. Manibusan retrieved the $10,000 which was placed outside the SOI's residence.

8. The SOI consented to a search of his/her cell phone. Your Affiant reviewed the information contained in the SOI's phone which corroborated the information provided by the SOI which showed that BURGOS contacted the SOI and informed him/her that a third package was sent on September 27, 2019 and that the package contained approximately 14 ounces of methamphetamine.

9. I am aware that BURGOS has a prior conviction in the District Court of Guam in Criminal Case No. 12-00065-001 for the offense of Conspiracy to Distribute over Five Hundred (500) Grams of Methamphetamine and was sentenced on June 4, 2014 to a time served term of imprisonment. I am also aware that BURGOS' case was transferred to the District Court for the Central District of California on May 25, 2018 and that BURGOS was to reside in Victorville, California. A review of the SOI's criminal history revealed that the SOI was arrested in Guam in 2016, for Home Invasion. In May of 2018, the SOI pled guilty and was sentenced to a two year probationary term. In January of 2020, the SOI was arrested for Possession of a Scheduled II Controlled Substance with Intent to Deliver and is currently on pretrial release with the Superior Court of Guam.

3

10. On or about September 27, 2019, USPIS Inspector Richard A. Tracy intercepted a suspicious package and applied for a search warrant (MJ 19-00071) for one U.S. Priority Mail Package Bearing the Printed Name of Roland Tydingco, PO Box 4126, Hagatna, GU 96932, United States (hereafter Tydingco package) that was sent from Jessica Benson 15426 Chaparral St. Victorville CA 92394-5503 United States. The Tydingco package also contained tracking number 9405 5036 9930 0117 1017 50. On the same date, the Magistrate Judge issued search warrant MJ19-00071 for the Tydingco package. The Tydingco package contained approximately 398 grams of a crystalline substance which tested presumptive positive for methamphetamine. The methamphetamine was seized by the USPIS Inspectors. An open source check revealed that BURGOS listed 1527 A Dakota Street Victorville, CA as her home address in February 2020. Another open source check was conducted for P.O. Box 4126 Hagatna, Guam and revealed that the SOI previously used the address as his/her mailing address.

11. TFO Ayuyu received information from DEA SA Correa that on October 4, 2019, SA Correa informed the DEA Hawaii office that BURGOS would be traveling from Guam to Hawaii via commercial airline. DEA Special Agents and Homeland Security Agents from Hawaii met with BURGOS and seized approximately $36,981.00 in U.S. currency that was surreptitiously concealed in comic books and on BURGOS' person.

12. TFO Ayuyu reviewed the documents from the October 4, 2019. seizure provided by SA Correa and noted that BURGOS had filled out a U.S. Customs Declaration Border Protection form. When asked on block 13 "I am (We are) carrying currency or monetary instruments over $10,000.00 U.S. or foreign equivalent" BURGOS checked mark "No" and signed the customs declaration form.

13. TFO Shawn Ayuyu reviewed call logs and text messages from the SOI's cellular phone and noted communications between the SOI and BURGOS through WhatsApp Messenger. The contact was labeled "MAMMA MARTHA". The SOI identified "MAMA MARTHA" to be BURGOS.

14. TFO Ayuyu reviewed the WhatsApp text messages from the SOI's mobile device and noted that on or about September 20, 2019, BURGOS sent a message indicating that a package noted as "*Shoes Tracking number 9505526526667925654680*" had been sent and asked if the "*package had arrived yet.*" TFO Ayuyu also noted that BURGOS requested the SOI pay $1,000.00 per ounce. BURGOS also sent a message to the SOI stating that "*some people that need*" drugs, specifically referring to Guerrero. BURGOS informed the SOI "*so your balance is 10K, and yes you can sale to Erick De Castro.*" BURGOS also instructed the SOI to "*send Erick De Castro all your small buyers, so you can clean up all the traffic at your place, as long as he comes back to buy off of you.*" BURGOS also informed the SOI "*Plus you're paying 1K each instead each instead of 1500.*"

15. On or about September 21, 2019 at approximately 8:38 a.m., the SOI sent a WhatsApp text to BURGOS stating "*I made the 10K who do I gave it to.*" BURGOS responded, "*let me call Jacob see if he can get it. Do me a favor and wrap it in a box of some sort and gift wrap it if you have or any kind of paper newspaper just so it's not cash he pick up. It looks like a gift. You don't happened to have a bank account.*" On this same date, BURGOS asked the SOI if he/she had a bank account. The SOI responded "*with Coast 360.*" TFO Ayuyu noted that on September 21, 2019, at approximately 11:26 a.m., BURGOS sent a WhatsApp text to SOI stating "*It's easier if you just deposit the money into your bank account, you can do two (2) separate deposit and send me a picture of check with your signature on it only. Then I can withdraw the*

*money like you're paying a bill."* BURGOS continued *"And you won't have to worry about anything because the money will only be in the bank for 24 hours before it's transferred out so it looks like you only deposit the money because you have to pay for something."* BURGOS also stated *"And it's a company it will go to, do you have pay pal?" "I can send you an invoice like you bought something online...All you have to do is pay with your ATM card after you deposit money in the bank."* On September 21, 2019, at approximately 8:31 p.m., BURGOS sent another message to the SOI asking *"hey did Jacob ever meet up with you."* The SOI replied *"yeah Kudi came over and someone snitched on him and he was picked up by the Marshalls."*

16. On September 22, 2019, at approximately 2:54 p.m., BURGOS sent a WhatsApp text to SOI asking *"hey did Jacob check you yesterday?"* SOI responded *"no and I still have your gift."* BURGOS responded, *"lol moms gonna pick it up. Now I have to find Jacob ass."*

17. Based on my review of the SOI's cellular phone, I believe that BURGOS uses Whatsapp Messenger through a WhatsApp account to coordinate with the SOI when the packages containing methamphetamine were shipped and expected to arrive on Guam.

18. On January 7, 2020, GPD Officers responded to the Leo Palace Resort, Guest Towers, Room B-121 for an individual who appeared to be unresponsive. Housekeeping informed the front desk that the room was not vacated and discovered a male individual later identified as Darrell J. Guerrero. Housekeeping staff attempted to wake up Guerrero who was sleeping on the couch, but Guerrero was snoring loudly and would not awaken. While hotel staff attempted to wake up Guerrero, staff noted "meth pipes" and drug paraphernalia on a coffee table. Items on the table were photographed and the police were contacted and notified. Guerrero was later taken into custody and arrested by GPD officers. Law enforcement obtained a search warrant for B-121 Guest Towers Leo Palace Resort and seized suspected

methamphetamine, drug paraphernalia and an undetermined amount of U.S. currency. On January 22, 2020, Guerrero was indicted in the District Court of Guam, Criminal Case No. 20-00001, for Possession of Fifty or More Grams of Methamphetamine Hydrochloride with Intent to Distribute. Based on my information, I believe that BURGOS is the supplier for DAMAI and Guerrero.

19. On Sunday, July 5, 2020, GPD Patrol Officers Ben Cruz and Christopher Champion responded to traffic crash on Route 26, Carnation Road, Mangilao, Guam, which involved a Kia Van and discovered a female individual who was identified by a witness as being the sole occupant and operator of the van who was later identified as Vhavna Kumari DAMAI (DAMAI). After GPD officers met with and identified DAMAI, Officers made a check of the interior of the vehicle and found an open Louis Vuitton bag in the back of the van which contained a clear ziplock bag with a large amount of a crystalline substance. The substance was weighed to be approximately two (2) pounds and field tested which yielded a presumptive positive result of methamphetamine. GPD Officers also located within the bag a large amount of currency which amounted to $32,531.00. Shortly thereafter a male adult identified as Jerome Camacho Cruz (Cruz) arrived at the scene of the crash and informed the Officers that Cruz had rented the vehicle from Andy Rent-A-Car and allowed DAMAI to borrow the van.

20. As Officer Cruz was checking the vehicle, Officer Champion met with DAMAI who was outside the vehicle holding a black purse. Officer Champion asked DAMAI for identification wherein DAMAI handed Officer Champion her purse. Officer Champion located her identification card and also found a small heat sealed plastic straw on one end and cut on the other end possibly containing methamphetamine residue. DAMAI was transported to the Guam

Regional Medical Center (GRMC) due to injuries sustained in the crash. DEA agents were called, responded and seized the currency and methamphetamine from GPD.

21. On Tuesday July 7, 2020 at approximately 8:30 a.m., DEA TFO Dave Elliott arrived at GRMC and met with Head Nurse Lynette Fires. Ms. Fires stated that she was the supervisor on July 5, 2020, the day DAMAI was admitted to the hospital. Ms. Fires stated that DAMAI was wide awake until police arrived and appeared to be pretending that she was dazed and confused. Ms. Fires stated the attending nurse for DAMAI was Rowena Futres. According to Ms. Fires, and while speaking to DAMAI, DAMAI stated "I need to get out because I have explaining to do." DAMAI stated several times that "they're going to put me in jail". Ms. Fires wrote down DAMAI'S statements and when DAMAI was handed the discharge documents, DAMAI scratched out writings that Ms. Fires wrote down and initialed the scratch out portions. At about 5:17 p.m., DAMAI was escorted out with a wheel chair to an unknown vehicle waiting outside.

22. TFO Ayuyu conducted a phone toll analysis of DAMAI's cell phone and Cruz's cell phone. TFO Ayuyu noted that DAMAI and Cruz's phone numbers that were voluntarily provided to GPD and DEA agents were both on BURGOS' phone tolls. TFO Ayuyu utilizing the Law Enforcement Records Management System (LERMS) and identified that DAMAI's address is 386 Chalan Guihan, Summer Town Estates, Dededo, Guam. A residence verification was conducted by DEA agents who observed vehicles parked along the road-way of the residence. The vehicles were identified as a red BMW Guam License Plate (GLP) # SJ2924, and another vehicle identified as a gray KIA Forte, GLP CP2823 which is registered to Tok Pun Kim Damai who agents identified as the mother of Vhana DAMAI.

8

23. On July 09, 2020, TFO Ayuyu, utilizing the Department of Revenue Motor Vehicle system conducted a check with the vehicles mentioned above and noted that DAMAI had knowingly engaged in a monetary transaction, by transferring four vehicles into her name over the past several days. A further check revealed that DAMAI is listed as the owner of the following vehicles: a 2006 Red BMW GLP #SJ2924; a 2013 Gray Kia Forte GLP #CP2823; a 2006 White Infiniti M35, GLP#AT861; and, a 2013 black Infiniti G37, GLP# SJ5502 and were later observed parked at the residence. Each of these vehicles is believed to have a value greater than $10,000.00. DAMAI is currently unemployed. TFO Ayuyu believes that the four vehicles are property which constitute or derive from the proceeds of criminal transactions, derived from the illegal distribution of methamphetamine. TFO Ayuyu conducted a phone toll analysis of the phone number which was listed on DAMAI's vehicle registration information and discovered the number to also appear on BURGOS' toll records.

24. On July 10, 2020, an administrative subpoena was issued to GTA TeleGuam requesting for information for any accounts held in DAMAI's name. On July 13, 2020, GTA issued a response to the subpoena which indicated that DAMAI is an authorized user for an account as well as the owner Tok Damai, DAMAI'S mother. The response indicated that the physical address for the account is 112 Chalan Islan Guahan Apt. 386 Summertown Estates Dededo, Guam. DEA agents verified through CORE Tech that the DAMAI's residence is Unit 386, Chalan Guahan, Summer Town Estates, Dededo, Guam. The response also indicated the account was for a landline, internet and Digital TV. The account did not have any wireless cell phone plans.

25. This affidavit is being submitted for the limited purpose of securing a search warrant. Therefore, I have not included each and every fact known to me concerning this investigation. I

9

have only set forth facts that I believe are necessary to establish probable cause to believe that the information requested below potentially contains evidence of violations of Title 21, United States Code, Sections 841(a)(1), Title 18 U.S.C. 1957, and other criminal activities.

26. Based on the foregoing, I believe there is probable cause to believe that DAMAI is engaged in conspiracy to distribute methamphetamine, in violation of 21 U.S.C. 841(a)(1) and money laundering, in violation of 18 U.S.C. 1957, and there is probable cause to believe that DAMAI has utilized four vehicles to further this criminal activity.

## REQUEST FOR SEALING

27. I further request that the Court order that all papers in support of this application, including the affidavit and search warrant(s), be sealed until further order of the Court. These documents discuss an ongoing criminal investigation that is neither public nor known to all of the targets of the investigation. Accordingly, there is good cause to seal these documents because their premature disclosure may seriously jeopardize that investigation.

28. Based on the forgoing, I request that the Court issue the proposed search warrant. The Court has jurisdiction to issue the requested warrants because it is "a court of competent jurisdiction" as defined by 18 U.S.C. § 2711. Specifically, the Court is "a district court of the United States . . . that – has jurisdiction over the offense[s] being investigated." 18 U.S.C. § 2711(3)(A)(i).

//

//

//

//

10

Case 1:20-mj-00071   Document 1-1   Filed 07/14/20   Page 11 of 14

## CONCLUSION

29. Based on the forgoing, I request that the Court issue the proposed search warrant described in Attachment A and seize the items described in Attachment B.

FURTHER AFFIANT SAYETH NAUGHT.

_____
SHAWN A. AYUYU
Task Force Officer
Drug Enforcement Administration

## ATTACHMENT A

### Property to Be Searched

a 2006 Red BMW GLP #SJ2924;

a 2013 Gray Kia Forte GLP #CP2823;

a 2006 White Infiniti M35, GLP#AT861; and,

a 2013 black Infiniti G37, GLP# SJ5502

12

ATTACHMENT B

1. Controlled substances, in particular, but not limited to, methamphetamine. Methamphetamine processing and distribution equipment such as scales, cutting devices, cutting materials, and packaging materials.

2. Items of personal property which tend to identify the ownership of the vehicle that is the subject of this warrant, including but not limited to registration documents and ownership documents and evidence of financial transactions relating to obtaining, transferring, secreting or spending large sums of money acquired and foreign banks documents and/or financial institutions and their attendant services. Paperwork to include, but are not limited to, private automobiles.

3. Cellular Phones owned by DAMAI.